UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6291** CR - ROETTGER

18 U.S.C. § 922(a)(6)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,        :
                                 :
            Plaintiff.           :
                                 :
v.                               :
                                 :
ANTHONY APICELLA                 :
                                 :
            Defendant.           :
_____/

INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about December 7, 1999, in Broward County, in the Southern District of Florida, the defendant,

### ANTHONY APICELLA,

in connection with the acquisition of a firearm, to wit: a Sig Saur 9 MM semi-automatic pistol, Model 226 serial number 4528705, from Broward Pawn, a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale of the firearm under the provisions of Chapter 44, Title 18, United States Code, in that, the defendant stated in the Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was not subject to a court order restraining him from harassing, stalking or threatening an intimate partner, when in truth

and fact, as the defendant then and there well knew, he was subject to a final judgement on injunction for protection against domestic violence issued on March 9, 1998, in case no. 97-17397-41, Division 58 of the Broward County Courts, Broward County Florida and he was also subject to a final judgement of injunction for protection against repeat violence (after notice) issued on December 1, 1999, in case no. 99-17572, Division 58 of the Broward County Courts, Broward County Florida, in violation of Title 18, United States Code, Section 922 (a)(6).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
THOMAS P. LANIGAN
ASSISTANT U.S. ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

Anthony Apicella

_____ /

**Superseding Case Information**:

**Court Division**: (Select One)

____ Miami ____ Key West
_X_ FTL ____ WPB ____ FTP

New Defendant(s)          Yes ____   No ____
Number of New Defendants    ____
Total number of counts      ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:          (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)NO
   If yes:
   Judge: _____          Case No. _____  ____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __ NO _____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____     District of _____

Is this a potential death penalty case? (Yes or No)_____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

Thomas P. Lanigan
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500033

*Penalty Sheet(s) attached                                        REV 6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:   ANTHONY APICELLA          No.: _____

**Counts # I:**  False Statement      18 U.S.C. § 922(a)(6)

**\*Max Penalty**: Ten years' imprisonment, three year period of supervised release and

$250,000  fine _____

Count #:

_____

_____

\*Max Penalty: _____

Count #:

_____

_____

_____

\*Max Penalty: _____


**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**
REV. 12/12/96