AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

ANTHONY APICELLA

## WARRANT FOR ARREST

CASE NUMBER: 00-6291-CR-NCR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ANTHONY APICELLA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
making a false fictitious written statement to the gun dealer.

in violation of Title __18__ United States Code, Section(s) __922(a)(6)__

CLARENCE MADDOX                          COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                  Title of Issuing Officer

                                         10/3/00
                                         9-27-2000    FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer             Date and Location

Bail fixed at $ _Pretrial Detention_  by _____
                                         Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc