## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: ANTHONY APICELLA (surrender) | CASE NO: 00-6291-CR-ROETTGER |
| AUSA: THOMAS LANIGAN *pres* | ATTY: Bernardo Lopez |
| AGENT: | VIOL: 18:922(a)(6) |
| PROCEEDING: I/A ON INDICTMENT | RECOMMENDED BOND: PTD - w/ *request PSIS* |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: FPD |
| BOND SET @: 100,000 PSB *stip* | To be cosigned by: *parents* |

OCT 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☑ Curfew: 10 pm to 6 am *curfew may be modified by PTS*
- ☐ Travel extended to: _____
- ☑ reside w/ parents
- ☐ Halfway House _____

*left advised of charges - return for apptmt of counsel*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-1 | 11 | | BSS |

DATE: 10-11-00   TIME: 11:00   FTL/LSS TAPE # 00 - 051   Begin: 760   End: 1318

*re-call @ 995*

H/J