

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA

vs

ANTHONY APICELLA



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 11, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____FEDERAL PUBLIC DEFENDER_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____100,000 PERSONAL SURETY SET_____

Bond hearing held: yes_____  no_____  Bond hearing set for_____

Dated this __11TH__ day of __OCTOBER_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_____
Deputy Clerk

Tape No. __00-051_____

cc: Copy for Judge
    U. S. Attorney