AO 442 (Rev. 5/93) Warrant for Arrest    Tom Looyagn / ATF    512035

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

ANTHONY APICELLA

## WARRANT FOR ARREST

CASE NUMBER: CO-6291-CR-NCR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ANTHONY APICELLA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
making a false fictitious written statement to the gun dealer.

NIGHT BOX FILED
OCT 1 1 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

in violation of Title ___18___ United States Code, Section(s) 922(a)(6)

CLARENCE MADDOX                              COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                      Title of Issuing Officer

                                             9-27-2000    FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/3/00 | James A. Tassone | |
| DATE OF ARREST 10/11/00 | United States Marshal Southern District of Florida | Edward Purchase, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.