**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

UNITED STATES OF AMERICA  )   Case Number: 00-6291-CR-_____
            Plaintiff  )
                       )   **REPORT COMMENCING CRIMINAL ACTION**
    -vs-               )
                       )
Anthony APICELLA       )   55487-004
    Defendant              U.S. Marshals Serial Number
*************************************************************
TO:  Clerk's Office    MIAMI   FT. LAUDERDALE   WEST PALM BEACH
                       FT. PIERCE  (Circle one of above)
**NOTE:** CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
         COURT ABOVE.
*************************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1) **Date** and **Time** of arrest: ___0830___ _____ a.m./p.m.

    **Time** and **Facility** where booked 10/11/00 - Ft. Lauderdale ATF
                                            Federal Courthouse
(2) Language Spoken: ___English___

(3) Offense(s) Charged: ___Title 18, USC, Section 922(a)(6)___

(4) U.S. Citizen           [X] Yes   [ ] No    [ ] Unknown

(5) Date of Birth:  ___3/2/67___

(6) Type of Charging Document:  (check one)
    [X] Indictment   [ ] Complaint to be filed
                     [ ] Complaint already filed
    Case Number:    ___00-6291-CR-NCR___

    [ ] Bench Warrant
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: ___Southern FL___
    **COPY OF WARRANT LEFT WITH U.S. MARSHAL?**  [X] YES   [ ] NO

Amount of Bond:        $_____

Who set bond:          _____

Remarks: _____

         _____

Date: _____  Arresting Officer: _____

                       Agency: _____

                       Phone: _____