UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _OO-6291-CR-NCR_

STYLE: _USA v Apicella_

DATE: _10/16/00_

The Chambers of the Honorable _____.
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

____ Docket this document as a motion for_____
_____.

____ Docket this document as a response to the following
     motion: _____.

____ Docket this document as an answer _____.

____ Docket this document as _____.

____ Docket this as an information matter only and file on the
     left side of the file.

✓ Other: _Cosignature page on Bond_
_____
_____
_____

Signed: _BButler_

Name: _____

Title: _MAG CRD_



Case No: 00-6291-CR-NCR

## CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a $/100,000 personal surety bond on behalf of Anthony Apicella and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 12th day of October, 2000.

_____
Name  Catherine Apicella

1451 SW 139th Ave
Address

Davie          FL       33325
City           State    Zip

Sworn and subscribed before me this 12 day of Oct, 2000.

_____
NOTARY PUBLIC

My Commission Expires:

#CC922947

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL  33301