| | |
|---|---|
| DEFT: Anthony Apicella (no deft) | CASE NO: 00-6291-CR-Roettger |
| AUSA: Tom Lanigan / Kathleen Rice | ATTNY: FPD Bob Berube |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |

BOND HEARING HELD - yes/no      COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

Discovery out
Supplement out yesterday
2 days to try
unknown if a plea.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 11-1-00    TIME: 11;00am    TAPE # 00-088    PG # 2

1336-1381

16/
01