UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA

v.

ANTHONY APICELLA,

    DEFENDANT,
_____/

GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this first supplemental response which is alphabetized and numbered to correspond to that original order and states as follows:

    6. The results or reports of physical or mental examinations or scientific tests or experiments made in connection with this case, are as follows: Handwritting comparison were conducted. See attached report of handwriting examination and Curriculum Vitae of ATF Document Examiner Carl R. McClary.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY
Court ID # A5500033
500 E. Broward Blvd Suite 700
Fort Lauderdale, FL 33301
954-356-7255 ext 3590
954-356-7230 fax

CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 31st day of October, 2000 to:

Robert Berube, SAFPD
101 N.E. 3rd Ave
Fort Lauderdale, Fl.
33301

Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/A Pam Bradley, ATF

Forensic Science Laboratory - Atlanta

**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**

Atlanta, GA 30345-3100
404 679-5100

| | |
|---|---|
| **To:** Special Agent Lazaro Gomila<br>Bureau of Alcohol, Tobacco and Firearms<br>299 East Broward Blvd.<br>Room 401<br>Ft. Lauderdale, FL 33301-1979 | **Date of Report:** October 2, 2000<br>**Lab Number:** 00A0147(1)<br>**Reference:** 764010000043<br>**Type of Exam:** Document<br>Amended |

The evidence described below was received on April 24, 2000 delivered by Federal Express #814890474906.

### QUESTIONED

Q1 -   One ATF 4473 form dated 12-07-99 in the name of Anthony Apicella

### KNOWN WRITING OF ANTHONY APICELLA

K1 –
K17   Copies of Final Judgment of Injunction For Protection Against Repeat Violence dated 12-01-99; Family Law Affidavit dated 11-18-99 and 12-02-99; Order Extending Injunction for Protection Against Domestic Violence - Repeat Violence dated 11-30-99; A Petition For Injunction For Protection Against Repeat Violence dated 12-02-99; Affidavit and Motion For Waiver of Fees For Petition For Injunction For Protection dated 12-02-99 and 11-18-99; Civil Cover Sheet dated 11-18-99 and 12-02-99; hand printed letter not dated; Respondent's Motion To Dismiss Final Judgement on Injunction For Protection Against Domestic Violence dated 10-29-99 and Florida Driver License dated 01-31-94, 10-05-87, 07-06-87 and 01-31-94.

### RESULTS OF EXAMINATION

Anthony Apicella wrote the questioned hand printing within Section A as well as the buyer's signature on item Q1.

### DISPOSITION OF EVIDENCE

Photographs have not been made. Should this matter require additional attention, please resubmit all evidence promptly. Allow at least two weeks for chart preparation and court presentation.

00A0147(1)

All exhibits will be returned.

Carl R. McClary
Document Examiner

REVIEWED BY:

Nancy A. Davis
Chief, Identification Section



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Forensic Science Laboratory — Atlanta
2600 Century Parkway, Suite 410
Atlanta, Georgia 30345

September 6, 2000

# CARL R. McCLARY

### FORMAL EDUCATION

B.A. (Psychology), University of South Carolina
Columbia, SC  1978 – 1982

### WORK EXPERIENCE

Present Employer

U.S. Department of Treasury
Bureau of Alcohol, Tobacco and Firearms Forensic Laboratory
Atlanta Forensic Science Laboratory

1996 – Present – Questioned Document Examiner

South Carolina Law Enforcement Division
Division of Forensic Sciences
Columbia, South Carolina

1991 – 1996 – Questioned Document Examiner

South Carolina Law Enforcement Division
Computer Services
Columbia, South Carolina

1986 – 1991 – Computer Operator



### Court Testimony

State of South Carolina – Magistrate, General Session
Federal Courts – South Carolina, Florida, Tennessee and Arkansas

## OTHER EDUCATION AND TRAINING
Courses, Seminars and Workshops

### 1991 - 1993

- Formal training was obtained at the South Carolina Law Enforcement Division.

- The program consisted of two years of highly structured instruction, utilizing the U.S. Army CID Questioned Document Examiner Training Curriculum, under the direct supervision of the Chief Document Examiner.

### 1991

- Completion of South Carolina Criminal Justice Academy course, comprehensive police, law courses and practical training, Columbia, South

- "Fax Machines and their Individual Characteristics" workshop/seminar sponsored by the Southeastern Association of Forensic Document Examiners (SAFDE) and presented by Canton, Norcross, Georgia

### 1992

- U.S. Secret Service Questioned Document Course, Glynco, Georgia

- "Lottery Ticket Fraud", presented by Scientific Games, Alpharetta, Georgia, sponsored by SAFDE

- Examination of Questioned Documents, sponsored by Valencia Community College, Orlando, Florida.

### 1993

- Internship with Georgia Bureau of Investigation and the Army Criminal Investigation Division, Fort Gillem, Georgia

- Fundamentals of Document Examination, FBI Academy, Quantico, Virginia

- "Check Making" tour and workshop presented by John Harland and sponsored by SAFDE, Decatur, Georgia

- "How to Be a Better Expert Witness" lecture, American Academy of Forensic Sciences, Boston, Massachusetts

- Tours of Paper Mill and Dandy Roll Manufacturer in Boston, Massachusetts, sponsored by AAFS

1994

- "Typewriter Database" workshop sponsored by SAFDE and Ask Sam presented at CompUSA, Norcross, Georgia

1995

- "How to Be a Better Expert Witness" video taping workshop, AAFS, Seattle, Washington

1996

- Digital Imaging Workshop, sponsored by AAFS, Nashville, Tennessee
- Tour of Pencil manufacturing facility in Nashville, Tennessee, sponsored by AAFS
- Cannon copier and Facsimile workshop, sponsored by SAFDE, Atlanta, Georgia

1997

- "Care and Preservation of Documents" workshop, sponsored by AAFS held at the New York Public Library
- "Examining Documents Throughout the Spectrum", infrared and ultraviolet light examination workshop, sponsored by SAFDE, Atlanta, Georgia
- Signature examination workshop sponsored by American Society of Document Examiners in Scottsdale, Arizona

1998

- Advanced Handwriting Identification course, sponsored by the University of New Haven, Conn., taken in San Francisco, California

1999 

- Digital Print Technologies workshop sponsored by the US Secret Service, presented at the AAFS/ASQDE meeting in Los Angeles, California
- Rubber stamp workshop and manufacturing facility tour sponsored by SAFDE in Atlanta, Georgia

## PROFESSIONAL ASSOCIATIONS

Southeastern Association of Forensic Document Examiners
- Member

American Academy of Forensic Sciences
- Provisional Member

American Association for Testing and Materials
- Member

Scientific Working Group for Document Examiners – Member
An FBI sponsored group focusing on protocol and terminology development

## CERTIFICATIONS

Certified in 1997 by the American Board of Forensic Document Examiners

## PRESENTATIONS

"A Study of Baseline Alignment in Signatures and Handwritten Sentences"
"Industrial Markers"
"The Omnichrome Light Source"
"A Glossary of Terms for Forensic Document Examiners"
"A Glossary of Terms for Forensic Document Examiners – An Update"

## PUBLICATIONS

"A Study of Baseline Alignment in Signatures and Handwritten Sentences" published in the International Journal of Forensic document Examiners, January 1997.