UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

ANTHONY APICELLA,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on November 1, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two days to try.

2. Defense counsel informed the Court that he is currently reviewing the discovery materials. The defense has not yet determined whether this matter will be

1


resolved by way of a change of plea or will proceed to trial

DATED at Fort Lauderdale, Florida this $\underline{1^{st}}$ day of November 2000.

*[signature]*
BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Norman C. Roettger
United States District Judge

Thomas Lanigan, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant