UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER
Magistrate Judge Snow

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ANTHONY APICELLA,

      Defendant.

_____/



## UNOPPOSED MOTION TO AMEND CONDITIONS OF BOND

The Defendant, Anthony Apicella, through counsel, files this Unopposed Motion to Amend the Conditions of Bond, and states;

Defendant Apicella appeared before Magistrate Judge Snow on or about October 11, 2000. A bond in the amount of $100,000 was set by the Court. One of the special conditions of bond was that Defendant Apicella abide by a 10:00 p.m. to 6:00 a.m. curfew. Defendant Apicella has been in compliance with all the terms and conditions of the bond.

The Defendant requests that the bond be amended to delete the curfew on Thanksgiving. He would like to remain at his mother's home to celebrate the Holiday. The special condition will remain in effect commencing the day Friday, November 24, 2000.

Undersigned counsel has discussed this request with Assistant United States Attorney Thomas Lanigan, he has no objection. Darwin Crenshaw, United States Pre-Trial Services was also contacted regarding this request and has been unavailable for comment.

WHEREFORE, the defendant Anthony Apicella, respectfully requests that the bond be amended to delete the curfew on Thanksgiving.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 22nd day of November, 2000, to Thomas Lanigan, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Darwin Crenshaw, United States Pretrial Services, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Robert N. Berube