UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY APICELLA,

    Defendant.

_____/

## ORDER GRANTING MOTION TO AMEND CONDITIONS OF BOND

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Amend the Conditions of Bond and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion is **GRANTED** and the Bond is amended to delete the curfew on Thanksgiving Day, November 23, 2000. The special condition will remain in effect commencing the day Friday, November 24, 2000.

DONE AND ORDERED on this ___ day of November, 2000 at Fort Lauderdale, Florida.

                        BARRY S. SELTZER
                        UNITED STATES MAGISTRATE JUDGE

cc:   Robert N. Berube, AFPD
      Thomas Lanigan, AUSA
      Darwin Crenshaw, USPTS