UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER
Magistrate Judge Snow

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY APICELLA,

Defendant.

_____/



FILED by _____ D.C.
DEC 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## DEFENDANT ANTHONY APICELLA'S MOTION
## TO MODIFY THE CONDITIONS OF BOND

The Defendant, Anthony Apicella, through counsel, files this Motion to Amend the Conditions of Bond and states;

On October 11, 2000, Anthony Apicella made his initial appearance in Magistrate Court on the charge of "knowingly making a false and fictitious written statement to a gun dealer" in violation of Title 18 United States Code, Section 922 (a)(6).

After thorough review of the Pre Trial Services Report the Court imposed a One Hundred Thousand Personal Surety Bond along with other conditions. A special condition was imposed at the initial appearance which required the Defendant to abide by a curfew and to reside with his parents. The curfew was to be in effect from ten o'clock in the evening until six o'clock each morning.

On November 22, 2000, undersigned counsel filed an Unopposed Motion to Amend the Conditions of Bond requesting that the curfew be lifted so that he could enjoy the Thanksgiving

Holiday with his family. Prior to filing this Motion, undersigned counsel discussed this matter with Assistant United States Attorney Lanigan. This Motion was granted by Magistrate Judge Seltzer on November 22, 2000.

Assistant United States Attorney Lanigan was contacted regarding this Motion to Modify the Conditions of Bond. He opposes the modification of bond.

United States Pre Trial Services Officer Gavin Churchill informed undersigned counsel that "every time that he has called to verify the Defendant's presence at home, he has been there." Additionally he stated that "he did not have any problems with the Defendant."

The Defendant is currently employed with Superior Lawn and Maintenance on an "as needed basis." This company is owned and operated by his brother in law. In January 2001 he would like to return to school.

WHEREFORE, the Defendant, Anthony Apicella, requests that a hearing be scheduled to determine if his request for a Modification of Bond is prudent and reasonable.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 14 day of December, 2000, to Thomas Lanigan, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and United States Pre Trial Services Officer Gavin Churchill, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Robert N. Berube