UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY APICELLA,

    Defendant.

_____/

## DEFENDANT'S ALTERNATE MOTION TO AMEND BOND

The Defendant, Anthony Apicella, through counsel, files this Alternate Motion to Amend Bond, and states;

By filing this "Alternate Motion" the Defendant is not seeking to withdraw the previously filed Motion to Amend Conditions of Bond. The Defendant still desires a hearing to address the curfew condition of his bond.

The Defendant's Alternate Motion to Amend Bond is requesting that the 10:00 pm curfew be waived for Christmas Eve and New Year's Eve. Defendant Apicella desires to continue the family tradition of attending mass together on Christmas Eve. He would attend midnight mass at St. Bonaventure Church located on the corner of 14th Street and 136 Avenue in Davie, Florida.

On New Year's Eve, the Defendant would like to remain with his family and friends. The Defendant will abide by all the terms and conditions of bond and understands that the curfew will be in effect the following day, or when permanently deleted by the Court.

Undersigned counsel called Assistant United States Attorney Lanigan regarding this request. He did not answer his phone, undoubtedly he waited until the last minute to finish his shopping.

WHEREFORE; The Defendant, Anthony Apicella, through counsel, requests permission to attend mass on Christmas Eve with his family, without the curfew being in effect. He is also requesting that he be permitted to attend family functions on New Year's Eve, without the curfew restriction being in effect.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 22 day of December, 2000, to Thomas Lanigan, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Gavin Churchhill, United States Pretrial Services, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301

Robert N. Berube