UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER
Magistrate Judge Snow

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTHONY APICELLA,

        Defendant.

_____/



### ORDER GRANTING DEFENDANT'S ALTERNATE
### MOTION TO AMEND BOND

THIS CAUSE having come before the Court on the Defendant's Alternate Motion to Amend

Bond and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion is **GRANTED** and the Bond is

amended to delete the curfew on Christmas Eve and New Years' Eve, 2000.  All other
conditions of bond remain in full force and effect.

DONE AND ORDERED on this 22 day of December, 2000 at Fort Lauderdale, Florida.

                                                *Lurana S. Snow*
                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

cc:    Robert N. Berube, AFPD
        Thomas Lanigan, AUSA
        Gavin Churchhill, USPTS

