UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-Roettger

UNITED STATES OF AMERICA,  :

vs  :  **N O T I C E**

ANTHONY APICELLA  :

**Type of Case:  CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| **PLACE:** | **COURTROOM:** 203 -D |
| Federal Courthouse | |
| 299 E. Broward Boulevard | **DATE:** JANUARY 9, 2001 |
| Fort Lauderdale, Florida 33301 | **TIME:** 11:00 |

**TYPE OF PROCEEDING:**

MOTION TO MODIFY BOND CONDITIONS

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Date: 1/2/01                    _____
                                 (By)   Deputy Clerk

cc:  Honorable Norman C. Roettger
     AUSA Thomas Lanigan
     Robert Berube, AFPD
     Pretrial Services