# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED JAN - 9 2001

| | | | |
|---|---|---|---|
| DEFT: | ANTHONY APICELLA (B) | CASE NO: | 00-6291-CR-ROETTGER |
| AUSA: | TOM LANIGAN - pres | ATTY: | ROBERT BERUBE - pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | BOND MODIFICATION | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Curfew: _____
- ❑ Travel extended to: _____
- ❑ Halfway House _____

Motion to modify conditions of bond heard.
Sgt Richard Lacerra, BSO sworn

Bond modified as to curfew which is now deleted.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 1/9/01   TIME: 11:00   FTL/LSS TAPE # 00 - 002   Begin: 3506   End: 3315
and 01-003
re-call 1993