UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA

vs.

ANTHONY APICELLA

O R D E R

FILED by _____ D.C.
JAN 1 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

THIS CAUSE is before the Court on the motion of the defendant to modify conditions of release on bond. The Court having heard said motion and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the defendant's Motion to Modify Conditions of Release (dkt.21 and 23) be and the same is hereby GRANTED as follows:

The defendant's curfew is deleted as a condition of bond.

DONE AND ORDERED at Fort Lauderdale, Florida this 9th day of JANUARY, 2001.

*Lurana S. Snow*

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney
    United States Marshal
    Pretrial Services
    Counsel for Defendant