UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA

v.

ANTHONY APICELLA,

    DEFENDANT,
_____/

GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this first supplemental response which is alphabetized and numbered to correspond to that original order and states as follows:

    A6. See attached personnel reports from the Oakland Park Police Department.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By _____
    Thomas P. Lanigan
    ASSISTANT UNITED STATES ATTORNEY
    Court ID # A5500033
    500 E. Broward Blvd Suite 700
    Fort Lauderdale, FL 33301
    954-356-7255 ext 3590
    954-356-7230 fax

CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 16th day of January, 2001 to:
Robert Berube, SAFPD
101 N.E. 3rd Ave
Fort Lauderdale, Fl. 33301

_____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/A Pam Bradley, ATF