```
                                          FILED by _____ D.C.
         HONORABLE NORMAN C. ROETTGER        B 2 0 2001
         United States District Court
         Southern District of Florida      CLARENCE MADDOX
                                           CLERK U.S. DIST. CT.
                                           S.D. OF FLA. FT. LAUD.
```

## COURT MINUTES

Case No.: 00-6291-CR-NCR  Date: 2/20/01
Courtroom Clerk: P. Hart  Court Reporter: Reeves
Probation Officer: _____  Interpreter: _____

Plaintiff(s): U.S.A.  Counsel: Hanigan

Defendant(s): A. Apicella (B)  Counsel: B. Berube

Reason For Hearing: Plea

Result of Hearing/Judgment: △ plead + adj. as guilty. P.S.I ordered. Bond cont'd. Sent. set May 25, 2001 at 10:00 A.M.

Misc.: _____