UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY APICELLA,

    Defendant.

_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the defendant Anthony Apicella, by and through his undersigned attorney, and files his Motion for Permission to Travel and states as follows:

1. The defendant is currently on bond.

2. The defendant would like to travel to Orlando, Florida from April 5, 2001 through April 9, 2001 to attend his cousin Vincent Apicella's wedding.

3. The defendant will be driving to Orlando. While in Orlando, the defendant will be staying on April 5 & 8, 2001 with Dave Corsa, 11032 Martin Drive, East Leesburg, Florida. The telephone number is (352) 483-0272 and April 6 & 7, 2001 at The Rosen Center, 9840 International Drive, Orlando, Florida 32819, (800) 204-7234.

4. Undersigned spoke with Assistant United States Attorney Thomas Lanigan regarding his position on the motion, and he advised the Government has no opposition to the Court granting the Motion.

4. PreTrial Services Officer Carol Sirotto has advised the undersigned that she has no objection to the Court granting this Motion. She also has advised that the defendant is in compliance with the conditions of his bond.

WHEREFORE the defendant prays that this Court grant the defendant's motion and allow the defendant to travel to Orlando, Florida from April 5, 2001 through April 9, 2001.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By /s/ Robert N. Berube

Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 20th day of March, 2001, to Thomas Lanigan, Assistant United States Attorney at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Carol Sirotto, Pretrial Services officer, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

/s/ Robert N. Berube