UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER
Magistrate Judge Snow

FILED by _____ D.C.

? 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANTHONY APICELLA,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

This cause is before the Court on Defendant Anthony Apicella's Motion for Permission to Travel. Upon review of the motion, it is

ORDERED and adjudged that the Motion is hereby granted. Defendant may travel from April 5, 2001 through April 9, 2001 to Orlando, Florida.

**DONE AND ORDERED** this **22** day of March, 2001, in Fort Lauderdale, Florida.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:   Robert N. Berube, AFPD
      Thomas Lanigan, AUSA
      Carol Sirotto, PreTrial Services