UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY APICELLA,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Undersigned counsel files this Unopposed Motion to Continue Sentencing and in support states the following:

The Defendant is scheduled for sentencing on Friday, May, 25, 2001 at 10:00 a.m.

Undersigned counsel has discussed this continuance with Assistant United States Attorney Lanigan, he has no objection.

The continuance of this matter is requested so that counsel may accompany his family to the Cocoa Beach, Florida area to participate in a soccer tournament over the Memorial Day Weekend.

Defendant Apicella is on bond and does not object to this continuance.



WHEREFORE, the Defendant, Anthony Apicella requests that his sentencing be continued for a brief period of time.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 22nd day of May, 2001, to Thomas Lanigan, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube