UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY APICELLA,

Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE

The Defendant, Anthony Apicella, through counsel, files this Unopposed Motion to Continue Sentencing, and states;

Undersigned counsel has spoken with the Defendant and he has no objection to this request. Defendant Apicella is on bond and a continuance of this matter would be of assistance to all parties.

The continuance is requested so that the parties would be able to inform the court at the time of sentencing of all developments in this case. At this time several important matters are in a state of transition. These matters cannot be adequately addressed in this Motion.

If a brief continuance is granted, it will alleviate the need to return before this court on a potentially significant motion pursuant to Federal Rule of Criminal Procedure, Rule 35.



WHEREFORE, the Defendant, Anthony Apicella, through counsel, requests a continuance of one month.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *(signature)*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was faxed on this 23rd day of May, 2001, to Thomas Lanigan, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*(signature)*

Robert N. Berube