UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA

v

ANTHONY APICELLA



NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for MONDAY JUNE 18, 2001 at 2:00 P.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    SENTENCING

CLARENCE MADDOX, CLERK

DATED: 6/07/01

BY: P Hert

Deputy Clerk

37/DM