

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA

v

ANTHONY APICELLA

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for FRIDAY JULY 6, 2001 at 2:30 P.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

SENTENCING

CLARENCE MADDOX, CLERK

DATED: 6/19/01

BY: F. Hart

Deputy Clerk

38