HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

JUL 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00 - 6291 - CR - NCR  Date: 6 July 01
Courtroom Clerk: C Pressman    Court Reporter: J Reeves
Probation Officer: Present    Interpreter:

Plaintiff(s): USA    Counsel: Hanizani

Defendant(s): Apicella    Counsel: VB Blube

Reason For Hearing: Sentencing

Result of Hearing/Judgment: Mot downward dep Granted. Dft allowed to be released from house arrest to attend weddings in Aug 2001 & Feb 2002. Up house arrest 3yrs SR passed 100ᵃ. A to mot Court to release from

Misc.: S.R. after 1 yr. must attend & complete anger management program.