AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida

FILED by _____ D.C.

AUG 3 - 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ANTHONY APICELLA | Case Number: 0:00CR06291-001 |
| | A.U.S.A.-Lanigan   Robert Berube, Esq., F.P.D. |

**THE DEFENDANT:**
Defendant's Attorney

- [x] pleaded guilty to count(s)  1
- [ ] pleaded nolo contendere to count(s) which was accepted by the court.
- [ ] was found guilty on count(s) after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §922(a)(6) | Making a false statement in acquisition of a firearm | 10/11/2000 | 1 |

Deputy Clerk
8/2/01

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty on count(s)

Count(s)            (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **03/02/1967**
Defendant's USM No.: **55487-004**
Defendant's Residence Address:
**1451 S.W. 139th Avenue**

**Davie                  FL.    33325**

Defendant's Mailing Address:
**1451 S.W. 139th Avenue**

**Davie                  FL    33325**

07/06/2001
Date of Imposition of Judgment

*Norman C. Roettger* (signature)
Signature of Judicial Officer

**NORMAN C. ROETTGER**
**U.S. DISTRICT COURT JUDGE**
Name & Title of Judicial Officer

Date  28 July 2001



No further action required by the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

John Walker
SDUSM