```
 1

 2

 3                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE SOUTHERN DISTRICT OF FLORIDA
 4

 5   UNITED STATES OF AMERICA,    )
                                  )
 6              Plaintiff,         )
                                  )
 7   vs.                          )
                                  )
 8   ANTHONY APICELLA,            )        CASE NUMBER:
                                  )        00-6291-CR-NCR
 9                                )
                Defendant.        )
10                                ) .

11

12          Transcript of sentencing proceedings before the

13   Honorable Norman C. Roettger, United States District Judge, at

14   Fort Lauderdale, Florida, on the 6th day of July, 2001.

15

16   APPEARANCES OF COUNSEL:

17     For the United States:        THOMAS P. LANIGAN, AUSA
18                                    Fort Lauderdale, Florida

19     For the Defendant:            ROBERT BERUBE, AFPD
20                                    Fort Lauderdale, Florida

21     Court Reporter:               Jerald J. Reeves, RPR

22     Proceedings recorded by mechanical stenography.

23     Transcription produced by computer.

24

25
```

OFFICIAL REPORTER UNITED STATES DISTRICT COURT



# NOT

# SCANNED

## PLEASE REFER TO COURT FILE