UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY APICELLA,

    Defendant.

_____/



## AMENDED AND UNOPPOSED
## MOTION TO TERMINATE SUPERVISED RELEASE

The Defendant, Anthony Apicella, through counsel, files this Amended and Unopposed Motion to Terminate Supervised Release, states;

The Defendant was sentenced on July 6, 2001, for violating Title 18 United States Code § 922 (a) (6), making a false statement in acquisition of a firearm. As a special condition of the three years of supervised release, the Defendant was required to serve one year of house arrest. House arrest will terminate on July 23, 2002. Additional conditions included the successful completion of an anger management program and participation in a mental health substance abuse program as directed by the probation office. The Defendant complete the anger management program. The Defendant was interviewed by the psychiatrist at the Mental Health Program and was told they did not want Defendant Apicella in their program. United States Probation Officer Metcalf was aware of all of the developments.

Defendant Apicella has complied with all the term and conditions of supervised release. Undersigned counsel has been in contact with United States Probation Officer Warren Metcalf during the majority of time the Defendant has been on supervision. Undersigned counsel is unaware of any violations to any conditions imposed. Unfortunately Probation Officer Metcalf is gravely ill at this time and not available for comment. Probation Officer Mark Delesdernier (305-512-1825) has recently been assigned to this case.

In the sentencing transcript at Page 11, line 1-6, the Defendant may petition the Court "to terminate supervised release after the successful completion of one year. The Court responded by stating "Okay. Which the Court may or may not grant depending on his behavior". Undersigned counsel has attached a copy of the sentencing transcript for the convenience of all parties.

Undersigned counsel has spoken at length with Assistant United States Attorney Thomas Lanigan regarding this Motion. After a careful and thorough review, the Government does not object to the termination of Defendant Apicella's remaining term of supervised release.

WHEREFORE, the Defendant, Anthony Apicella, through counsel, requests a hearing so that the Defendant may advise the court of the progress that he has made throughout the term of supervised release.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Robert N. Berube
Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 23rd day of July, 2002, to Thomas Lanigan, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and to United States Probation Officer Mark Delesdernier, 14601 Oak Lane, Miami Lakes, Florida 33016.

Robert N. Berube

CASE # 00-CR-6291-NCR



# "Do Not Scan or Copy This Transcript."

DE # 44

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
vs.                        )
                           )
ANTHONY APICELLA,          )    CASE NUMBER:
                           )    00-6291-CR-NCR
                           )
        Defendant.         )
                           )
```

Transcript of sentencing proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 6th day of July, 2001.


APPEARANCES OF COUNSEL:

  For the United States:        THOMAS P. LANIGAN, AUSA
                                Fort Lauderdale, Florida

  For the Defendant:            ROBERT BERUBE, AFPD
                                Fort Lauderdale, Florida


  Court Reporter:               Jerald J. Reeves, RPR

  Proceedings recorded by mechanical stenography.

  Transcription produced by computer.




OFFICIAL REPORTER UNITED STATES DISTRICT COURT

44/55

# NOT

# SCANNED

PLEASE REFER TO COURT FILE