UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER

NIGHT BOX
FILED

AUG 1 3 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ANTHONY APICELLA,

        Defendant.

_____/

## UNOPPOSED  MOTION FOR LEAVE TO TRAVEL

The Defendant, Anthony Apicella, through counsel, files this Unopposed Motion for Leave to Travel, and states:

The Defendant is requesting permission to travel on board the Golden Princess Cruise Ship to St. Maarten, St. Thomas, and Princess Cay for an annual family vacation.  Due to the personal obligations encountered by Defendant Apicella over the last few years, he has been unable to attend.

If permission is granted, he would leave on board the Golden Princess on Saturday, October 26, 2002 and return to Fort Lauderdale on Saturday, November 2, 2002.  This is the first family vacation that Defendant Apicella has been able to consider.  He is full time employed and he is honoring all of his responsibilities.

Undersigned counsel has spoken to United States Probation Officer Paul J. Donovan regarding this matter.  Probation Officer Donovan stated that Mr. Apicella was current with all of his obligations to the United States Probation Office.  All payments are current and he is in complete compliance with all the terms and conditions of supervision.  The term of house arrest has been



completed without incident and  he is now serving the remainder of supervised release.  United

States Probation Officer Donovan has no objection to the Defendant's Motion to Travel.  Assistant

United States Attorney Lanigan has been contacted regarding this request, he does not object to the

Defendant's request.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:   Robert N. Berube
Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 13th

day of August, 2002, to Thomas Lanigan, Assistant United States Attorney, at 299 East Broward

Boulevard, Fort Lauderdale, Florida 33301 and to Paul Donovan, United States Probation Officer,

Horizons One, 6100 Hollywood Boulevard, Suite 501, Hollywood, Florida 33024-7938.

Robert N. Berube