UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6291-CR-ROETTGER



UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY APICELLA,

    Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion For Leave To Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant may travel on board the Golden Princess Cruise Ship to St. Maarten, St. Thomas, and Princess Cay for an annual family vacation on Saturday, October 26, 2002 and return to Fort Lauderdale on Saturday, November 2, 2002.

DONE AND ORDERED on this 20 day of August, 2002 at Fort Lauderdale, Florida.

                                  _____
                                  NORMAN C. ROETTGER
                                  UNITED STATES DISTRICT JUDGE

cc:    Robert Berube, AFPD
       Thomas Lanigan, AUSA
       Paul Donovan, USPO