| | |
|---|---|
| UNITED STATES OF AMERICA, | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF FLORIDA** |
| v. | Case No.:00-6291-CR-ROETTGER |
| ANTHONY APICELLA, | ORDER |
| _____Defendant._____/ | |

FILED by _____ D.C.
AUG 2
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS CAUSE is before the Court upon amended and unopposed motion to terminate supervised release. Upon consideration of the motion and the record in this cause, it is

ORDERED AND ADJUDGED that the amended and unopposed motion to terminate supervised release is hereby GRANTED. Supervised release for defendant Anthony Apicella is hereby terminated.

DONE AND ORDERED this 20 day of Aug, 2002.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

